# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 784 |
| | : | |
| ORDER AMENDING RULES 163, | : | SUPREME COURT RULES |
| 195, 512, AND 1147, AND | : | |
| ADOPTING RULES 148, 1146, | : | DOCKET |
| AND 1148 OF THE | : | |
| PENNSYLVANIA RULES OF | : | |
| JUVENILE COURT PROCEDURE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of December, 2018, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 47 Pa.B. 3336 (June 17, 2017):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

1) Pennsylvania Rules of Juvenile Court Procedure 163, 195, 512, and 1601 are amended; and

2) Pennsylvania Rules of Juvenile Court Procedure Rules 148, 1146, and 1148 are adopted

in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on May 1, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.